UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO PADRON,<br><br>Plaintiff,<br><br>v.<br><br>MECHANICS BANK AUTO FINANCE, *et al.*,<br><br>Defendants. | Case No. 1:26-cv-06897-EPG<br><br>ORDER GRANTING STIPULATION TO EXTEND DEFENDANT WESTLAKE PORTFOLIO MANAGEMENT LLC'S TIME TO RESPOND TO COMPLAINT<br><br>(ECF No. 10) |

On October 26, 2026, Defendant Westlake Portfolio Management LLC and Plaintiff Orlando Padron filed a stipulation to extend Defendant Westlake Portfolio Management LLC's time to respond to the complaint until November 11, 2026. (ECF No. 10).

Upon consideration, and good cause appearing, the Court shall GRANT the stipulation and orders that Defendant Westlake Portfolio Management LLC's response to the complaint is due no later than November 11, 2026.

IT IS SO ORDERED.

Dated: **October 27, 2026**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE