UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO PADRON,<br>Plaintiff,<br>v.<br>MECHANICS BANK AUTO FINANCE, *et al.*,<br>Defendants. | Case No. 1:26-cv-06897-JLT-EPG<br><br>ORDER GRANTING STIPULATION TO EXTEND DEFENDANT WESTLAKE PORTFOLIO MANAGEMENT, LLC'S TIME TO RESPOND TO COMPLAINT<br><br>(ECF No. 19) |

On November 11, 2026, Defendant Westlake Portfolio Management, LLC and Plaintiff Orlando Padron filed a stipulation to extend Defendant Westlake Portfolio Management, LLC's time to respond to the complaint until November 25, 2026. (ECF No. 19).

Upon consideration, and good cause appearing, the Court shall GRANT the stipulation and orders that Defendant Westlake Portfolio Management, LLC's response to the complaint is due no later than November 25, 2026.

IT IS SO ORDERED.

Dated: **November 12, 2026**

/s/ Eric P. Grosjean

UNITED STATES MAGISTRATE JUDGE