UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO PADRON,<br>Plaintiff,<br>v.<br>MECHANICS BANK AUTO FINANCE, *et al.*,<br>Defendants. | Case No. 1:26-cv-06897-JLT-EPG<br><br>ORDER GRANTING STIPULATION TO EXTEND DEFENDANT MECHANICS BANK AUTO FINANCE'S TIME TO RESPOND TO COMPLAINT<br><br>(ECF No. 21) |

On November 13, 2026, Defendant Mechanics Bank Auto Finance and Plaintiff Orlando Padron filed a stipulation to extend Defendant Mechanics Bank Auto Finance's time to respond to the complaint until November 25, 2026. (ECF No. 21).

Upon consideration, and good cause appearing, the Court shall GRANT the stipulation and orders that Defendant Mechanics Bank Auto Finance's response to the complaint is due no later than November 25, 2026.

IT IS SO ORDERED.

Dated: **November 16, 2026**

/s/ Eric P. Grosjean
UNITED STATES MAGISTRATE JUDGE