UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO PADRON,<br>Plaintiff,<br>v.<br>MECHANICS BANK AUTO FINANCE, *et al.*,<br>Defendants. | Case No. 1:26-cv-06897-JLT-EPG<br><br>ORDER GRANTING STIPULATION TO EXTEND DEFENDANTS MECHANICS BANK AUTO FINANCE AND WESTLAKE PORTFOLIO MANAGEMENT, LLC'S TIME TO RESPOND TO COMPLAINT<br><br>(ECF No. 25) |

On November 24, 2026, Defendants Mechanics Bank Auto Finance and Westlake Portfolio Management, LLC and Plaintiff Orlando Padron filed a stipulation to extend Defendants Mechanics Bank Auto Finance and Westlake Portfolio Management, LLC's time to respond to the complaint until December 9, 2026. (ECF No. 25).

Upon consideration, and good cause appearing, the Court shall GRANT the stipulation and orders that Defendants Mechanics Bank Auto Finance and Westlake Portfolio Management, LLC's response to the complaint is due no later than December 9, 2026.

IT IS SO ORDERED.

Dated: **November 25, 2026**

/s/ Eric P. Grosjean
UNITED STATES MAGISTRATE JUDGE